IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TYRONE D. GILES                                                                 PLAINTIFF

v.                        CASE NO. 4:17-CV-04094

OFFICER SHOUMAKER, *et al*.                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 25, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 27. Judge Bryant recommends that Plaintiff's Motion for Injunction and/or Temporary Relief (ECF No. 11) be denied. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Injunction and/or Temporary Relief (ECF No. 11) is **DENIED**.

**IT IS SO ORDERED**, this 15th day of February, 2018.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge